Robert C. SHROUT, Petitioner—
Appellant,

v.

Evelyn SEIFERT, Warden; Northern
Regional Jail and Correctional Fa-
cility, Respondents—Appellees.

No. 05–7939.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 31, 2006.

Decided: Sept. 5, 2006.

Robert C. Shrout, Appellant Pro Se.
Dawn Ellen Warfield, Office of the Attor-
ney General of West Virginia, Charleston,
West Virginia, for Appellees.

Before MICHAEL, MOTZ, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Robert C. Shrout seeks to appeal the
district court's order adopting the report
of the magistrate judge and dismissing
Shrout's 28 U.S.C. 2254 (2000) petition as
successive. We dismiss the appeal for lack
of jurisdiction because the notice of appeal
was not timely filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
This appeal period is "mandatory and ju-
risdictional." *Browder v. Dir., Dep't of
Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54
L.Ed.2d 521 (1978) (quoting *United States
v. Robinson*, 361 U.S. 220, 229, 80 S.Ct.
282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered
on the docket on October 13, 2005. The
notice of appeal was filed on November 25,
2005, forty-three days later.* Because
Shrout failed to file a timely notice of
appeal or to obtain an extension or reopen-
ing of the appeal period, we dismiss the
appeal. We deny Shrout's motion for ap-
pointment of counsel. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*

---

* For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R.App. P. 4(c); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).